UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
LONDON

Eastern District of Kentucky
FILED
OCT 23 2025
AT LONDON
Robert R. Carr
CLERK U.S. DISTRICT COURT

UNITED STATES OF AMERICA

V.

INDICTMENT NO. 6:25-CR-87-CHB
18 U.S.C. § 2250(a)

JERISEN LEE AMUNDSEN

\* \* \* \* \*

THE GRAND JURY CHARGES:

From in or about July 2025, the exact date unknown, and continuing through on or about September 23, 2025, in Knox County, in the Eastern District of Kentucky,

**JERISEN LEE AMUNDSEN,**

a person required to register under the Sex Offender Registration Notification Act due to a conviction under Federal law for Distribution of Child Pornography, did knowingly fail to register and update a registration as required by the Sex Offender Registration and Notification Act, all in violation of 18 U.S.C. § 2250(a).

A TRUE BILL

_____
FOREPERSON

*[signature]*
PAUL C. McCAFFREY
ACTING UNITED STATES ATTORNEY

## PENALTIES

Not more than 10 years imprisonment, not more than a $250,000 fine, and not less than 5 years up to life supervised release.

**PLUS:**   Mandatory special assessment of $100.